IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK HOUCK**, *et al.*, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civ. No. 24-2151 |
| | : | |
| **UNITED STATES OF AMERICA**, *et al.*, | : | |
| Defendants. | : | |

### O R D E R

**AND NOW**, this 5th day of September, 2024, upon consideration of the Parties' Joint Motion for Extension of Time (Doc. No. 43), and the Commonwealth Defendants' Letter informing me that they "consent[] to Plaintiffs' request to file an Amended Complaint" (Doc. No. 44), it is hereby **ORDERED** that the Joint Motion (Doc. No. 43) is **GRANTED** as follows:

1. Plaintiffs may file an Amended Complaint <u>**no later than**</u> September 12, 2024;

2. Defendants **SHALL** answer, respond, or otherwise plead to the Amended Complaint <u>**no later than**</u> October 10, 2024;

3. The Commonwealth Defendants' Motion to Dismiss (Doc. No. 35) is **DENIED** as moot;

4. The Remaining Individual Defendants' Motion for Summary Judgment or Alternatively to Dismiss (Doc. No. 40) is **DENIED** as moot;

5. The United States' Motion to Dismiss (Doc. No. 41) is **DENIED** as moot.

                                                             **AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.