IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK HOUCK**, *et al.*, | : |
|       Plaintiffs, | : |
| | : |
| v. | :   Civ. No. 24-2151 |
| | : |
| **UNITED STATES OF AMERICA**, *et al.*, | : |
|       Defendants. | : |

## ORDER

**AND NOW**, this 14th day of February, 2025, upon consideration of the Defendants Juan Barrios and Michael Rogers' Motion to Dismiss (Doc. No. 51), and Plaintiff Mark Houck's Response in Opposition (Doc. No. 56), and all related submissions, it is hereby **ORDERED** that:

(1) Defendants' Motion to Dismiss (Doc. No. 51) is **GRANTED**.

(2) Count VII of Plaintiff's Amended Complaint (Doc. No. 46 ¶¶ 484-506) is **DISMISSED with prejudice.**

(3) **The CLERK of the COURT shall TERMINATE** Defendants Juan Barrios and Michael Rogers.

                                                                 **AND IT IS SO ORDERED.**

                                                                */s/ Paul S. Diamond*
                                                                Paul S. Diamond, J.