# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK HOUCK,** *et al.*, : | |
|     **Plaintiffs,** : | |
| : | |
| **v.** : | Civ. No. 24-2151 |
| : | |
| **UNITED STATES OF AMERICA,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

**AND NOW**, this 6th day of March, 2025, upon consideration of the Defendant United States' Motion to Dismiss (Doc. No. 49), Plaintiffs' Response in Opposition (Doc. No. 57), Defendant's Reply (Doc. No. 60), Plaintiffs' Sur-reply (Doc. No. 63), and all related submissions, it is hereby **ORDERED** that:

(1) Defendant's Motion to Dismiss (Doc. No. 49) is **GRANTED**.

(2) Plaintiffs' Amended Complaint (Doc. No. 46) is **DISMISSED with prejudice.**

(3) The **CLERK of the COURT shall CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.